IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RALPH THOMAS MARTINEZ, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-405-C |
| | ) | |
| JOE M. ALLBAUGH, Director, et al., | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

Petitioner's Motion for Leave to Amend Petition (Dkt. No. 16) is granted; the Report and Recommendation (Dkt. No. 14) of the Magistrate Judge is adopted; Petitioner's grounds three and four are deemed deleted from his request for relief; and the matter is recommitted to Judge Goodwin under the original Order of Referral.

IT IS SO ORDERED this 12th day of September, 2017.

ROBIN J. CAUTHRON
United States District Judge